1 | ERIC GRANT
United States Attorney
2 | CAILY NELSON
Special Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**
Aug 19, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

6 | Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-MJ-0081 CSK |
| Plaintiff, | ORDER UNSEALING COMPLAINT |
| v. | |
| ANTONIO GUZMAN TOLENTINO, aka ERIC MELA GUZMAN | |
| Defendants. | |

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the complaint in the above-captioned matter be, and is, hereby ordered unsealed.

Dated: August 19, 2025

_Carolyn K. Delaney_
THE HONORABLE CAROLYN K. DELANEY
UNITED STATES DISTRICT JUDGE

ORDER UNSEALING INDICTMENT                                1